App. Div. 238.] Settle order on notice. Present — Martin, P. J., Glennon, Cohn and Callahan, JJ.

BANKERS TRUST COMPANY v. 1 EAST 88TH STREET CORPORATION and Another.— Motion for leave to appeal to the Court of Appeals granted. [See *ante*, p. 799.] Settle order on notice. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ZENOBIA COMPANY, INC., v. AMERICAN PISTACHIO CORPORATION and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of JOHN P. WARD and Others against PAUL J. KERN, as President of the Municipal Civil Service Commission of the City of New York, and Others.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. [See 259 App. Div. 717.] The additional papers submitted on consent of both sides shall be deemed added to the record. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

## (May 6, 1940.)

In the Matter of the Application of GEORGE D. QUIMBY, JR., and EDWARD F. BRADY to Review the Action of the Inspectors of the Primary Election and the Custodians of Records of the Primary Records of the Counties of Bronx and New York, in Counting the Ballots Cast and the Canvassing and Recording of the Results of the Primary Election for District Delegates and District Alternates to the National Convention of the Republican Party in the Twenty-second Congressional District of the State of New York, and for the Election of State Committee (Male) and State Committee (Female) of the Republican Party in the First Assembly District of the County of Bronx; and/or for an Order to Determine any Questions Arising in Respect of the Protested, Wholly Blank or Void Ballots in Such Districts; and/or for an Order Permitting an Examination and Recanvassing of Any and All Ballots in the Twenty-second Congressional District of the State of New York and the First Assembly District of the County of Bronx, and the Preservation of the Same; and/or for an Order Directing the Holding of a New Primary Election Pursuant to Sections 330 and 333 of the Election Law of the State of New York, Petitioners, Appellants, against RICHARD W. LAWRENCE and Others, Respondents.— Order unanimously affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Successor Trustee under Indenture of Mortgage Made by 100 William Street Corporation to The Seaboard National Bank of the City of New York as Trustee Dated April 1, 1926, Mortgagee, Applicant, Respondent, Appellant, for an Order Directing GUARDIAN REALTIES, INC., Respondent, Appellant, and WOODBRIDGE BUILDING CORPORATION, Respondent, to Pay over Surplus Income to Said Mortgagee, and for Other Relief, Pursuant to the Provisions of Section 1077-c of the Civil Practice Act. (First Application.) — Orders entered October 31, 1939, November 18, 1939, February 15, 1940, and March 21, 1940, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents and votes to reverse; Untermyer, J., takes no part.— Settle order on notice.